FILED
CLERK, U.S. DISTRICT COURT

JUL 2 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Desiree Ramos )<br><br>)<br><br>)<br><br>Defendant. )<br>) | Case No.: 11-CR-0392-R<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/(her) [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.     (√)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absence of background information and bail resources and therefore

1    of the current allegations/violations.

2

3

4    (and)/or

5  B.    (✓)    The defendant has not met his/(her) burden of establishing by

6    clear and convincing evidence that he/(she) is not likely to pose

7    a danger to the safety of any other person or the community if

8    released under 18 U.S.C. § 3142(b) or (c). This finding is based

9    on: alleged current violations

10

11

12

13

14        IT THEREFORE IS ORDERED that the defendant be detained pending

15    the further revocation proceedings.

16

17  Dated:  July 28, 2014

18

19                                    Carla M. Woehrle

20                            CARLA M. WOEHRLE

21                   UNITES STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28